## People of the State of Illinois, ex rel. Melba Johnson, Appellee, v. Ronald Earl Johnson, Appellant.

### Gen. No. 48,613.

First District, First Division.

April 16, 1962.

Frank Moland, of Chicago, for appellant; Daniel P. Ward, State's Attorney, of Cook County (Thomas A. Hett, Assistant State's Attorney, of counsel), for appellee. Opinion by MR. PRESIDING JUSTICE MURPHY. Not to be published in full.